IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **MATTHEW GOETSCH,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:17-cv-00280-DCG |
| | § | |
| **EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION, LLC, and SUMMIT CREDIT UNION,** | § § § | |
| | § | |
| Defendants. | § | |

### JOINT NOTICE OF SETTLEMENT AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC

COME NOW Matthew Goetsch ("Plaintiff"), and Equifax Information Services, LLC ("Defendant") (together with Plaintiff, the "Parties") and hereby file this Joint Notice of Settlement in compliance with this Court's Scheduling Order (Doc. 21), and in support thereof respectfully show the Court as follows:

1. The Parties hereby advise the Court that they have fully settled all claims and matters in controversy between them. The Parties hereby request that all procedural matters and deadlines in this civil action be stayed as to Defendant Equifax Information Services, LLC, in order to afford the parties time to complete execution of settlement documents and file a Stipulation of Dismissal with the Court.

2. This Joint Notice of Settlement does not affect any of Plaintiff's claims against defendant Trans Union, LLC.

Respectfully submitted,

/s/ *John G. Helstowski*

**John G. Helstowski**
State Bar No. 24078653
jgh@jghfirm.com
**J. GANNON HELSTOWSKI LAW FIRM**
221 North Kansas Street, Suite 700
El Paso, Texas 79901
(817) 382-3125 - Telephone
(817) 382-1799 - Facsimile

**LEAD COUNSEL FOR PLAINTIFF**

**AND**

/s/ *Katherine McFarland Stein*

**Katherine McFarland Stein**
State Bar No. 24083980
kstein@lslaw.com
**KING & SPALDING LLP**
500 W. 2nd Street, Suite 1800
Austin, Texas 78701
(512) 457-2000 - Telephone
(512) 457-2100 – Facsimile

**LEAD    COUNSEL    FOR    DEFENDANT EQUIFAX INFORMATION SERVICES, LLC**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing *Joint Notice of Settlement* was served on all parties and counsel of record through the Court's ECF filing system and pursuant to the Federal Rules of Civil Procedure on January 18, 2018.

/s/ *John G. Helstowski*
Lead Counsel for Plaintiff