## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| MATTHEW GOETSCH, | § | |
| | § | |
| *Plaintiff,* | § | |
| v. | § | |
| | § | **EP-17-CV-00280-DCG** |
| EQUIFAX INFORMATION SERVICES, | § | |
| LLC, TRANS UNION, LLC, and | § | |
| SUMMIT CREDIT UNION, | § | |
| | § | |
| *Defendants.* | § | |

## ORDER DISMISSING CLAIMS AGAINST
## DEFENDANT SUMMIT CREDIT UNION

On January 19, 2018, Plaintiff Matthew Goetsch and Defendant Summit Credit Union  in the above-captioned case filed a "Joint Stipulation for Dismissal of Defendant Summit Credit Union (Only), with Prejudice" (ECF No. 37), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  In view of the stipulation, the Court enters the following orders:

**IT IS ORDERED** that all of Plaintiff Matthew Goetsch's claims against Defendant Summit Credit Union in the above matter are **DISMISSED WITH PREJUDICE**, with Plaintiff and Defendant Summit Credit Union to bear their respective costs and attorneys' fees.

**IT IS THEREFORE ORDERED** that Defendant Summit Credit Union is **TERMINATED** from this case.

So ORDERED and SIGNED this _8th_ day of February 2018.


DAVID C. GUADERRAMA
UNITED STATES DISTRICT JUDGE