IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| MATTHEW GOETSCH §<br>§<br>  Plaintiff §<br>§<br>v. §<br>§<br>EQUIFAX INFORMATION §<br>SERVICES, LLC, et al. §<br>§<br>  Defendants § | Civil Action No. 3:17-cv-00084 |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN
PLAINTIFF AND EQUIFAX INFORMATION SERVICES, LLC**

Plaintiff Matthew Goetsch (hereinafter Plaintiff) and Defendant Equifax Information Services, LLC (hereinafter Equifax), stipulate, pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), to dismiss this action with prejudice.

There are no longer any issues in this matter between Plaintiff Matthew Goetsch and Equifax to be determined by this Court. The Parties hereby stipulate that all claims or causes of action against Equifax which were or could have been the subject matter of this lawsuit are hereby dismissed with prejudice, with all costs and attorney fees to be paid by the party incurring same.

Dated: February 12, 2018

Respectfully submitted,

/s/ John G. Helstowski
John G. Helstowski
Texas State Bar No. 24078653
J. Gannon Helstowski Law Firm
1611 Wilmeth Road, Suite B
McKinney, TX 75069
(817) 382-3125
jgh@jghfirm.com

                        Attorney for Plaintiff

And;

                        /s/ Kendall Carter w/ consent
                        Kendall Carter
                        Kendall W. Carter
                        kcarter@kslaw.com
                        Texas Bar No: 24091777
                        1180 Peachtree Street NE
                        Atlanta, GA 30309
                        Tel: 404-572-4700
                        Attorney for Equifax

## **CERTIFICATE OF SERVICE**

     I hereby certify that on the 12th day of February, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the attorneys on record:

                        /s/John G. Helstowski
                        John G. Helstowski