UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| MATTHEW GOETSCH, | § | |
| | § | |
| *Plaintiff,* | § | |
| v. | § | |
| | § | EP-17-CV-00280-DCG |
| EQUIFAX INFORMATION SERVICES, | § | |
| LLC, TRANS UNION, LLC, and | § | |
| SUMMIT CREDIT UNION, | § | |
| | § | |
| *Defendants.* | § | |

### ORDER DISMISSING CLAIMS AGAINST
### DEFENDANT EQUIFAX INFORMATION SERVICES, LLC

On February 12, 2018, Plaintiff Matthew Goetsch and Defendant Equifax Information Services, LLC filed a "Joint Stipulation for Dismissal with Prejudice Between Plaintiff and Equifax Information Services, LLC" (ECF No. 28), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). In view of the stipulation, the Court enters the following orders:

**IT IS ORDERED** that all of Plaintiff Matthew Goetsch's claims against Defendant Equifax Information Services, LLC in the above matter are **DISMISSED WITH PREJUDICE,** with Plaintiff and Defendant Equifax Information Services, LLC to bear their respective costs and attorneys' fees.

**IT IS THEREFORE ORDERED** that Defendant Equifax Information Services, LLC is **TERMINATED** from this case.

So ORDERED and SIGNED this 21st day of February 2018.

DAVID C. GUADERRAMA
UNITED STATES DISTRICT JUDGE