UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| MATTHEW GOETSCH, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | EP-17-CV-00280-DCG |
| EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION, LLC; and SUMMIT CREDIT UNION, | § § § § | |
| *Defendants*. | § § | |

## ORDER

On May 10, 2018, Plaintiff Matthew Goetsch and Defendant Trans Union, LLC filed a "Joint Stipulation of Dismissal with Prejudice" (ECF No. 30) pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Previously, Plaintiff dismissed his claims against the other two defendants, namely, Equifax Information Services, LLC and Summit Credit Union. *See* ECF Nos. 25, 26, 28, 29.

Accordingly, **IT IS ORDERED** that by agreement of the parties the above civil case is hereby dismissed, **WITH PREJUDICE**, as to Defendant Trans Union, LLC.

**IT IS FURTHER ORDERED** that all costs of court and attorney's fees incurred shall be borne by the party incurring the same.

**IT IS MOREOVER ORDERED** that the District Clerk shall **CLOSE** this case.

So ORDERED and SIGNED this 11th day of May 2018.

DAVID C. GUADERRAMA
UNITED STATES DISTRICT JUDGE